IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01715-RPM

DWAYNE APPELGREN,

    Plaintiff,
vs.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

ORDER EXTENDING TIME TO SUBMIT EXPERT DISCLOSURES
_____

    Upon review of Defendant's unopposed motion to amend the Scheduling Order to reflect extensions of time to submit Fed.R.Civ.P. 26(a)(2) expert disclosures of defendant to and including January 30, 2015, and rebuttal expert disclosures of plaintiff to and including March 2, 2015 [14], it is

    ORDERED that the motion is granted.

    DATED: December 30th, 2014

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge