IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01715-RPM

DWAYNE APPELGREN,

    Plaintiff,
vs.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

ORDER EXTENDING DEADLINES
_____

Upon review of Defendant's unopposed motion to amend the Scheduling Order to reflect extensions of time to and including March 31, 2015, within which to complete discovery and to and including May 5, 2015, within which to file dispositive motions, it is

ORDERED that the motion is granted.

DATED:   February 12th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge