IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01715-RPM

DWAYNE APPELGREN,

    Plaintiff,
vs.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

ORDER EXTENDING DEADLINES
_____

Upon review of Defendant's unopposed motion to amend the Scheduling Order to reflect extensions of time to and including May 29, 2015, within which to complete discovery and to and including June 19, 2015, within which to file dispositive motions, it is

ORDERED that the motion is granted.

DATED: March 19th, 2015

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____
                                             Richard P. Matsch, Senior Judge