IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01715-RPM

DWAYNE APPELGREN,

     Plaintiff,

vs.

COMBINED INSURANCE COMPANY OF AMERICA,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

     Pursuant to the notice of settlement [20] filed May 5, 2015, the parties shall file dismissal paperwork on or before May 28, 2015.

DATED: May 6, 2015