IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01715-RPM

DWAYNE APPELGREN,

    Plaintiff,

vs.

COMBINED INSURANCE COMPANY OF AMERICA,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal with Prejudice [Doc. 23], it is

ORDERED that this action is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED: May 22nd, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge